JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 747 -- In re Litigation Involving Alleged Kickback Scheme of John and Linda Gibson

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/10/26 | 1 | MOTION, BRIEF, AFFIDAVIT, SCHEDULE OF ACTIONS AND CERTIFICATE OF SERVICE (A-1 through A-2) -- Filed by AT&T Resource Management Corporation -- SUGGESTED TRANSFEREE DISTRICT: D. New Jersey -- SUGGESTED TRANSFEREE JUDGE: ? (tmq) |
| 87/11/05 | | APPEARANCES: SALVATORE T. ALFANO, ESQ. for John Gibson and Lyle Enterpirses, Ltd.; JAMES J. RUANE, ESQ. for Linda V. Gibson; STEPHEN R. REYNOLDS, ESQ. for AT&T Resource Management Corporation. (tmq) |
| 87/11/10 | 2 | RESPONSE (to pldg. # 1) -- Defendants John L. Gibson and Lyle Enterprises -- w/Affidvit and certificate of service. (paa) |
| 87/11/10 | 3 | RESPONSE/BRIEF -- (to pldg. #1) Linda Gibson w/cert. of svc. (rew) |
| 87/11/17 | 4 | REPLY -- pltf. AT&T Resourse Management Corp. -- w/Exhibit A and cert. of service (cds) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 88/01/26 | | HEARING APPEARANCES FOR JAN. 28, 1988 -- STEPHEN REYNOLDS, ESQ. for AT&T Resource Management Corp.; SALVATORE T. ALFANO, ESQ. for John Gibson (cds) |
| 88/01/26 | | WAIVER OF ORAL ARGUMENT -- Linda Gibson (cds) |
| 88/02/09 | 5 | LETTER -- From counsel Alfano supplemental oral argument - Hearing 1/28/88 -- w/cert. cert. of svc. (tmq) |
| 88/02/11 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of action to the District of New Jersey for assignment to Honorable Garrett E. Brown, Jr. (paa) |
| 88/02/11 | | TRANSFER ORDER -- transferring A-2 to the District of New Jersey for assignment to the Honorable Garrett E. Brown, Jr., for pretrial proceedings. NOTIFIED INVOLVED CLERKS, JUDGES, COUNSEL & MISC. RECIPIENTS. (paa) |

JPML Form 1
Revised: 8/78

DOCKET NO. 747 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Litigation Involving Alleged Kickback Scheme of John and Linda Gibson

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 28, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 11, 1988 | TO | unpublished | D. New Jersey | Garrett E. Brown, Jr. | |

Misc File No 88-79

Michael D. Shanklin
609-989-2085

Special Transferee Information

DATE CLOSED: 12/13/88

Trenton Office
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

2-11-88
12-13-88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 747 -- In re Litigation Involving Alleged Kickback Scheme of John and Linda Gibson

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | AT&T Resource Management Corporation v. John L. Gibson, et al. | N.J. Brown | 85-3051 (GEB) | | | 12/13/88 D | |
| A-2 | AT&T Resource Management Corporation v. Linda V. Gibson | Conn. | B-87-470 (TFGD) | 2-11-88 | 88-901(GEB) | 12/13/88 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 747 -- In re Litigation Involving Alleged Kickback Scheme of John and Linda Gibson

**AT&T RESOURCE MANAGEMENT CORPORATION**
Stephen R. Reynolds, Esquire
Crummy, Del Deo, Dolan,
 Griffinger & Vecchione
One Gateway Center
Newark, New Jersey 07102-5311

**LINDA V. GIBSON**
James J. Ruane, Esquire
Meehan & Meehan
76 Lyon Terrace
Bridgeport, Connecticut 06604

**JOHN GIBSON**
**LYLE ENTERPRISES, LTD.**
Salvadore T. Alfano, Esquire
Clapp & Eisenberg
80 Park PlaZA
Newark, New Jersey 07102

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 747 -- In re Litigation Involving Alleged Kickback Scheme of John and Linda Gibson

| Name of Party | Named as Party in Following Actions |
|---|---|
| JOHN L. GIBSON | A-1; |
| LYLE ENTERPRISES | A-1; |
| LIND V. GIBSON | A-2 |